IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CLINTELL COTHRAN, SR.**                                                                              **PLAINTIFF**

v.                                            Case No. 3:23-cv-00095-JM

**ARKANSAS STATE UNIVERSITY SMALL**
**BUSINESS & TECHNOLOGY DEVELOPMENT**
**CENTER**                                                                                              **DEFENDANT**

## ORDER

Plaintiff Clintell Cothran's motion to proceed *in forma pauperis* is granted.[1] He reports living on social security income.[2] The law requires the Court to screen the Complaint.[3]

Cothran sues ASU's Small Business & Technology Development Center alleging he was told he would only receive funding for his business if he agreed to lie.[4] He does not specify any further details other than saying that he refused to lie because he lives "for JESUS CHRIST." (*Id*.). He seeks one billion dollars in damages.

The Court lacks jurisdiction to hear his case. Cases over which federal courts do not have subject-matter jurisdiction must be dismissed.[5] There are two basic types of subject-matter jurisdiction: diversity jurisdiction and federal-question jurisdiction. Neither exists here. So this case must be dismissed.

Diversity jurisdiction exists if the dispute is between "citizens of different states" and the

---

[1] *See Martin-Trigona v. Stewart*, 691 F.2d 856, 857 (8th Cir. 1982) (*per curiam*) (complaint can be filed if plaintiff qualifies by economic status under 28 U.S.C. § 1915(a)).

[2] Pl.'s Mtn. for Leave to Proceed IFP, Doc. 1.

[3] 28 U.S.C. § 1915(e)(2).

[4] Complaint, Doc. 2.

[5] Fed. R. Civ. P. 12(h)(3).

amount in controversy exceeds $75,000.[6] Although Cothran's alleged damages meets the amount in controversy requirement, the parties are not diverse. Accordingly, there is no diversity jurisdiction on which this Court can hear this case. Cothran also fails to assert a federal question arising "under the Constitution, laws, or treaties of the United States."[7]

The Complaint is dismissed without prejudice for lack of subject matter jurisdiction. The Court certifies that an *in forma pauperis* appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 1st day of May, 2023.

_____
UNITED STATES DISTRICT JUDGE

---

[6] *See* 28 U.S.C. § 1332.

[7] *See* 28 U.S.C. § 1331.