IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CLINTELL COTHRAN, SR.**                                                                                    **PLAINTIFF**

v.                          Case No. 3:23-cv-00095-JM

**ARKANSAS STATE UNIVERSITY SMALL**
**BUSINESS & TECHNOLOGY DEVELOPMENT**
**CENTER**                                                                                                     **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 1st day of May, 2023.

_____
UNITED STATES DISTRICT JUDGE